IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION AND HELENA DIVISION

IN RE: TOMMY F. ROBINSON

CASE NO.  4:07CV000089 JMM
CASE NO.  2:07CV000129 JMM
CASE NO.  2:07CV000130 JMM
CASE NO.  4:07MC000001 JMM

ORDER

Appellees' Motion to Dismiss Appeal in Case No. 2:07CV00089 is denied as moot (#7) based upon appellant filing of an amended brief on August 8, 2007.

Appellees' Motion to Consolidate Cases as it relates to Case No. 2:07CV00129 and Case No. 2:07CV00130 is dismissed as moot (#3).  This portion of motion was rendered moot when the November 16, 2007 appeals filed by Sheila F. Campbell and Roy C. Lewellen from the October 12, 2007 Order of the Bankruptcy Court were filed as supplemental appeals in Case No. 2:07cv000129 and Case No. 2:07cv000130, respectively.

Appellees' Motion to Consolidate Cases as it relates to Case No. 4:07CV000489 and Case No. 2:07MC000001 is granted (#3).   The Clerk of the Court is directed to consolidate Case No. 2:07MC00001 with Case No. 4:07CV000489.  Case No. 4:07CV000489 is to serve as the lead case and all pleadings are to be filed in the lead case.

IT IS SO ORDERED THIS   19   day of    November   , 2007.

_____
James M. Moody
United States District Judge