# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

IN RE: TOMMY F. ROBINSON,
          DEBTOR                           CASE NO. 2:05bk139915M

**TOMMY ROBINSON**                                                 **APPELLANT**

**VS.**                      **CASE NO. 4:07CV00489 JMM**

**WILDLIFE FARMS II, LLC, ET AL.**                            **APPELLEES**

## ORDER

Appellees' Alternative Motion for Instructions regarding a briefing schedule and for an extension of time in which to file a response brief is granted (#6). Appellees' Motion to Strike is denied (#6).

Appellees are directed to file a response to appellant's brief on, or before, February 4, 2008 to address the issue of whether the criminal contempt proceedings violated appellant's right to due process.

IT IS SO ORDERED THIS __2__ day of __January__, 2007.


_____
James M. Moody
United States District Judge