IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

IN RE: TOMMY F. ROBINSON,
           DEBTOR                                                                                         CASE NO. 2:05bk13915M

**TOMMY ROBINSON**                                                                                                              **APPELLANT**

CASE NO.  4:07CV000489 JMM

**WILDLIFE FARMS II, LLC, ET AL.**                                                               **APPELLEES**


**JUDGMENT**

Consistent with the Order entered on this day Tommy Robinson is found in criminal contempt of the bankruptcy court's order of July 28, 2006.  Tommy Robinson shall be remanded to the custody of the United States Marshal for the Eastern District of Arkansas to be incarcerated at a place designated by the Bureau of Prisons for a period of sixty days.  Robinson is directed to report to the United States Marshal's Office or to the designated facility at, or before, 2:00 p.m. on May 5, 2008, to begin service of a sixty day sentence as set out above.

In the event of an appeal of this Court's Order, Robinson shall be permitted to delay reporting for service of his sentence until such time as the Court of Appeals for the Eighth Circuit has ruled on his appeal.  Robinson is released on his own recognizance until May 5, 2008, or until the result of any appeal is announced, and he remains subject to the bankruptcy court's order of July 28, 2006.

Judgment is awarded in favor of Wildlife Farms against Tommy Robinson in the amount of $102,817.81 for auction expenses and judgment is awarded in favor of Wildlife Farms, Thompson, and Rothwell against Tommy Robinson in the amount of $24,417.95 for attorney's fees and costs.

Tommy Robinson shall pay a fine of $5,000.00 due forthwith to the Clerk of the United States Bankruptcy Court for the Eastern District of Arkansas.

The Clerk of the Court is directed to provide a copy of this Judgment to the United States Marshal's Office.

IT IS SO ORDERED THIS   10  day of    April   , 2008.

                                                                                                   James M. Moody
                                                                                                   United States District Judge